UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS ADRIANA FELIX VALDEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-04438-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Pending before the Court is the stipulated request of Plaintiff Gladys Adriana Felix Valdez to extend the deadline to file a motion for summary judgment, from September 8, 2026, through and including September 11, 2026. (Doc. 11). The parties represent that Plaintiff's counsel has several merit briefs due during the weeks of September 7 and 14, 2026, and requires additional time to brief the issues in this action. *Id.* at 2. Defendant does not oppose the request. *Id.*

For good cause shown by the parties' representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **September 11, 2026**. The opposition and optional reply shall be filed consistent with the Court's scheduling order. (Doc. 4).

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE